MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA         v.    VICENTE ZAPATA, et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   3:02-cr-0103-HRH

    This Order pertains to:        **CRUCEY**, Juan (D-08)


Deputy Clerk                            Official Recorder

_____                 _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **Order from Chambers**

---

    By motion filed March 21, 2007, defendant Juan Crucey moves for the return of certain property. (Docket No. 1301.) No opposition has been filed to the motion.

    The motion is granted. The following items shall be returned to said defendant as requested:

    (a)   Dominican Republic passport;

    (b)   State of New York driver's license;

    (c)   resident card (green card); and

    (d)   social security card.